IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOHN FORNESS, JARED KNOCKER,
ESTHER RINKER, DWAYNE SHAW,
KENDRA HORGAN, TERI MOORE, and
LARRY AGNE,

Plaintiffs,

v.

CROSS COUNTRY BANK, INC. and
APPLIED CARD SYSTEMS, INC.,

Defendants.                                         No. 05-CV-417-DRH

## ORDER

**HERNDON, District Judge:**

Before the Court is Defendants' motion for an extension of time to file their reply brief in support of their motion to compel arbitration. (Doc. 30.) Defendants also seek leave to file a brief in excess of five pages. (*Id.*) Defendants have indicated that Plaintiffs do not oppose either the extension of time or the increased page limit.

The Court **GRANTS** Defendants' motion (Doc. 30) and **EXTENDS** Defendants' time to file their reply brief until March 3, 2006. The Court, however, **DENIES** Defendants request for leave to file a brief in excess of five pages. **S.D. Ill. Loc. R. 7.1(d)**. Furthermore, Defendant failed to even give a reason for the need for

an exception to the local rule.

    **IT IS SO ORDERED.**

Signed this 27th day of February, 2006.

                                             /s/           David   RHerndon
                                          **United States District Judge**