IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JOHN FORNESS, JARED KNOCKER, ESTHER RINKER, DWAYNE SHAW, KENDRA HORGAN, TERI MOORE, and LARRY AGNE,**

**Plaintiffs,**

**v.**

**CROSS COUNTRY BANK, INC., APPLIED CARD SYSTEMS, INC.,**
**Defendants.**                                   No. 05-CV-417-DRH

## ORDER OF DISMISSAL

**HERNDON, District Judge:**

Plaintiffs have informed the Court that they wish to dismiss this action without prejudice (Doc. 36.) Defendants' counsel, Robert J. Bassett, has also informed the Court that Defendants do not object. Accordingly, **IT IS ORDERED** that this action is hereby dismissed without prejudice.

**IT IS SO ORDERED.**

Signed this 9th day of April, 2007.

/s/      David  RHerndon
**United States District Judge**